# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 23, 2024

*By the Court*:

| | |
|---|---|
| Nos. 22-2907, 23-2462, 23-2754, 24-1093, 24-1356, and 24-1375 | |
| UNITED STATES OF AMERICA,<br>*Plaintiff - Appellee,*<br><br>v.<br><br>CARLOS PADILLA, JR., JUAN JIMENEZ, MIGUEL DENAVA, DANIEL CELIO, CARLOS LOPEZ, SR., and RAUL CAVILLO<br>*Defendants - Appellants.* | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:16-cr-00463<br><br>Virginia M. Kendall,<br>*Judge.* |

  This matter comes before the court for its consideration of attorney Blaire C. Dalton's **MOTION TO WITHDRAW AS COUNSEL**, filed on January 29, 2024. Upon consideration thereof,

  **IT IS ORDERED** that the Motion to Withdraw is **GRANTED**.

  **IT IS FURTHER ORDERED** that Michelle L. Jacobs, BISKUPIC & JACOBS, S.C., 1045 W. Glen Oaks Lane, Mequon, WI 53092, mjacobs@biskupicjacobs.com, is appointed to represent defendant-appellant Daniel Celio in 24-1093 pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

  Briefing shall remain **SUSPENDED** in this consolidated appeal (22-2907, 23-2462, 23-2754, 24-1093, 24-1356 & 24-1375) pending a ruling on counsel's motion to withdraw in 24-1375.

  **IT IS FINALLY ORDERED** that the District Court shall add attorney Michelle L. Jacobs to their CM/ECF database for purposes of accessing District Court documents, including sealed docket entries not filed *ex parte*.